CARMEL CERAOLO ET AL., RESPONDENTS, v. FRANCESCO PAOLLETO ET AL., APPELLANTS.

Submitted October 28, 1938—Decided January 13, 1939.

For the appellants, *Raymond Chasan.*

For the respondents, *Murray Greiman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 13.

*For reversal*—None.